UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN S. JELLISON,<br><br>        Petitioner,<br><br>    v.<br><br>SACRAMENTO COUNTY SHERIFFS OFFICE, et al.,<br><br>        Respondent. | Case No. 23-cv-00009-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Respondent and against Petitioner, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  June 23, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge